212

Joseph Lumber Company, Appellant, v. Ronald Lambert Tree et al., Appellees.

Gen. No. 41,954.

Heard in second division, first district, this court at October term, 1941; opinion filed June 19, 1942; rehearing denied July 1, 1942. Hyman Soboroff, for appellant; Goodspeed, Bates & Amundson, for certain appellees; Hermann P. Haase, for certain other appellee. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."